FILED
08 JAN 29 AM 10: 44

CLERK U.S. DISTRICT...

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08 MJ 0266 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| Def 1) Maria De Los Angeles, GUZMAN, ) | Transportation of Illegal |
| Def 2) John Joseph OCONNELL-Boshears ) | Aliens |
| ) | |
| Defendant(s) ) | |

The undersigned complainant, being duly sworn, states:

On or about **January 28, 2008** within the Southern District of California, defendants **Maria De Los Angeles GUZMAN and John Joseph OCONNELL-Boshears,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Jose Guadalupe DE LA CRUZ-Salazar, Jose AVALOS-Alvarez, Maria Magdalena CASTRO-Vera and Hugo SOTO-Vera** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29TH** DAY OF **JANUARY, 2008.**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Maria De Los Angeles, GUZMAN**
**John Joseph OCONNELL-Boshears**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Jose Guadalupe DE LA CRUZ-Salazar, Jose AVALOS-Alvarez, Maria Magdalena CASTRO-Vera** and **Hugo SOTO-Vera** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On Monday, January 28, 2008, Senior Patrol Agent M. Nuno and Border Patrol Agent D. Madero were performing Border Patrol Operations in Campo, California near an area commonly referred to as Mountain Empire Campground. This area is approximately seven miles east of the Tecate, California Port of Entry and 200 yards north of the United States/Mexico International Border Fence.

At approximately 6:55 a.m., Agents Nuno and Madero observed several individuals running along SR-94 near a property commonly referred to as Patterson's. Agents Nuno and Madero continued to watch these individuals approach and load into two vehicles that were pulled over along SR-94. Agents Nuno and Madero immediately radioed their observations to agents that were mobile on SR-94. Senior Patrol Agent J. Valencia was the first to intercept the pair of vehicles, followed by Senior Patrol Agent A. Reyes and Border Patrol Agent D. Ramirez, who were riding together. Agent Valencia began to follow the vehicles as he requested vehicle information from San Diego Sector communications. Agent Valencia then initiated a stop on the lead vehicle, a blue 1995 Oldsmobile Cutlass. The vehicle yielded at the intersection of SR-94 and Forrest Gate Road in Campo, California. Agent Valencia immediately noticed several people trying to conceal themselves by ducking in the back seat. Agent Valencia identified himself as a United States Border Patrol Agent to the driver, later identified as **Maria De Los Angeles GUZMAN**, and questioned her as to her citizenship and nationality. GUZMAN stated that she was a United States Citizen. Agent Valencia identified himself to the other occupants and questioned them as to their citizenship and nationality. All occupants stated that they were citizens and nationals of Mexico. Agent Valencia also requested permission to search the trunk and discovered an additional person in the trunk. Agent Valencia again identified himself as a United States Border Patrol Agent and questioned this individual as to his citizenship. This subject also admitted to being a citizen and national of Mexico. None of the five passengers were in possession of any immigration documents allowing them to enter or remain in the United States legally. All occupants were placed under arrest, including GUZMAN, and transported to the El Cajon Border Patrol Station for processing.

While Agent Valencia stopped the blue 1995 Oldsmobile, Agents initiated a stop on the second vehicle, a gray 1990 Acura Legend. The vehicle yielded on SR-94, one quarter mile west of Forrest Gate Road. Agent Reyes only observed the front passengers in the vehicle, but as Agent Reyes neared the vehicle he saw that other individuals were also trying to duck in the back seat. Agent Reyes identified himself as a U.S. Border Patrol Agent and questioned the driver, **John Joseph OCONNELL- Boshears,** as to his citizenship and nationality. OCONNELL stated that he was a United States citizen. After identifying themselves as United States Border Patrol Agents, Agents Reyes and Ramirez questioned the four visible passengers as to their citizenship and nationality.

**CONTINUATION OF COMPLAINT:**
**Maria De Los Angeles, GUZMAN**
**John Joseph OCONNELL-Boshears**

All four freely admitted that they were citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain in the Unites States legally. Additionally, Agent Reyes gained consent to search the trunk and discovered three additional individuals in the trunk. Agent Reyes identified himself as a United States Border Patrol Agent and questioned the three individuals in the trunk. All three individuals freely admitted that they were citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain in the Unites States legally. All subjects, including OCONNELL, were placed under arrest and transported to the El Cajon Border Patrol Station in El Cajon, California.

### DEFENDANT STATEMENT (Maria De Los Angeles GUZMAN):

Maria De Los Angeles GUZMAN was advised of her Miranda Rights. GUZMAN stated that she understood her rights and was willing to answer our questions without an attorney present.

GUZMAN first stated that several individuals on the side of the road asked her and her friend John Joseph OCONNELL-Boshears for a ride. She also stated that she was going to take the individuals to the gas station in Campo, California. GUZMAN later recanted her story and stated that she was asked to pick-up the illegal aliens for a payment of $200.00 Dollars per alien. GUZMAN stated that she was contacted via phone by a man she knows only as "nephew". According to GUZMAN, "nephew" contacted her the night before and told her to pick-up the vehicles near Tecate, California. GUZMAN then stated that the vehicles were taken to a residence in Campo, California off of Highway 94.

GUZMAM further stated that this residence on Highway 94 is being rented by her friend's OCONNELL mother. GUZMAN also stated that she and OCONNELL spent the night at the residence and waited until this morning for a phone call from "nephew". GUZMAN stated that she was told by "nephew" where to pick-up the aliens. GUZMAN stated that she was going to obtain further instructions on where to take the illegal aliens.

GUZMAN stated that last night, she asked OCONNELL to drive the second vehicle with illegal aliens. GUZMAN stated that she was going to pay OCONNELL whatever she wanted out of the money she was going to receive from the alien smuggling.

### DEFENDANT STATEMENT (John Joseph OCONNELL-Boshears):

John Joseph OCONNELL-Boshears was advised of his Miranda Rights. OCONNELL stated that he understood his rights and was willing to answer questions without the presence of an attorney.

OCONNELL stated that yesterday at his mother's home he overheard Maria De Los Angeles Guzman talking about picking-up illegal alien with another individual but the individual could not make the pick-up. OCONNELL stated that GUZMAN approached him and told him that she had a job for him. OCONNELL stated that he agreed to smuggle aliens because he did not want GUZMAN to go alone. OCONNELL stated that he didn't know where the vehicle came from or who it belongs to. OCONNELL stated that the alien smuggler (guide) loaded the individuals into the vehicles and he was aware that there were individuals being placed in the trunk of the vehicle.

**CONTINUATION OF COMPLAINT:**
**Maria De Los Angeles, GUZMAN**
**John Joseph OCONNELL-Boshears**

OCONNELL stated he was also aware that the individuals in the vehicle were all undocumented aliens and it was against the law to transport illegal aliens. OCONNELL stated that he did not know how much he was going to be paid for smuggling the aliens. OCONNELL stated GUZMAN made all the smuggling arrangements.

## MATERIAL WITNESSES STATEMENTS:

Material witness Jose Guadalupe DE LA CRUZ-Salazar stated he is a citizen and national of Mexico. DE LA CRUZ stated that he does not posses, nor has never applied for any immigration documents entitling him to be or remain in the United States legally.

DE LA CRUZ stated that he arrived by bus to Tecate, Mexico and met with an individual that was going to cross him into the United States. DE LA CRUZ stated that his uncle made all the smuggling arrangements and was being charged $2,000.00 dollars to be smuggled into the United States. DE LA CRUZ stated that he was taken to Tecate, Mexico where he met others that were going to cross with him. DE LA CRUZ stated that they arrived at a location and hid as they waited for two vehicles that were going to pick them up. DE LA CRUZ stated that when the vehicles arrived the foot guide instructed the group what vehicles to get into. DE LA CRUZ stated that he entered the vehicle as it traveled for approximately 5 minutes before they got pulled over by the Border Patrol.

When shown photo line-up #2, SOTO chose photo #2 as the driver of the vehicle that picked them up. Photo #2 in the line up depicts the defendant Maria De Los Angeles-GUZMAN. DE LA CRUZ confirmed that the driver he identified came by and picked them up.

Material witness **Jose AVALOS-Alvarez** stated that he is a citizen and national of Mexico. AVALOS stated he does not have, or has never applied for any immigration documents entitling him to be or remain in the United States legally.

AVALOS stated that he arrived by bus to Tecate, Mexico on January 27, 2008 and stayed at a local hotel. AVALOS stated that they arrived at a location and hid as they waited for two vehicles that were going to pick them up. AVALOS stated that when the vehicles arrived the foot guide instructed the group what vehicles to get into and the foot guide ran back into Mexico. AVALOS stated that he entered the first vehicle and noticed a female driver. AVALOS stated that he made the smuggling arrangements and was going to be charged $2,000.00 dollars in to be smuggled into the United States. AVALOS stated he was in route to Michigan.

When shown photo line-up #2, AVALOS chose photo #2 as the driver of the vehicle that picked them up. Photo #2 in the line up depicts the defendant Maria De Los Angeles GUZMAN

**CONTINUATION OF COMPLAINT:**
Maria De Los Angeles, GUZMAN
John Joseph OCONNELL-Boshears

Material witness **Maria Magdalena CASTRO-Vera** stated that she is a citizen and national of Mexico. CASTRO admitted she does not have, or has never applied for any immigration documents entitling her to be or remain in the United States legally.

CASTRO stated that she arrived by bus to Tecate, Mexico and met with a foot guide that was going to help them cross into the United States. CASTRO stated that they arrived at a location and hid for approximately 10 minutes as they waited for two vehicles that were going to pick them up. CASTRO stated that when the vehicles arrived the foot guide instructed the group what vehicles to get into. CASTRO stated that she was told to get into the front passenger seat of the vehicle. CASTRO stated that her family made the smuggling arrangements and she is not certain how much he was being charged to be smuggled into the United States. CASTRO stated she was enroute to Los Angeles.

CASTRO stated she was able to see the driver of the vehicle she entered as they drove up to their location. When shown photo line-up #1, CASTRO chose photo #3 as the driver of the vehicle that picked them up. Photo #3 in the line up depicts the defendant John Joseph OCONNELL-Boshears.

Material witness **Hugo SOTO-Vera** stated that he is a citizen of Mexico. SOTO admitted he does not have, or has never applied for any immigration documents entitling him to be or remain in the United States legally.

SOTO stated that he arrived by bus to Tecate, Mexico and met with an individual that was going to cross him into the United States. SOTO stated that they arrived at a location and hid as they waited for two vehicles that were going to pick them up. SOTO stated that his family made the smuggling arrangements and he is not certain how much he was being charged to be smuggled into the United States. SOTO stated he was in route to Los Angeles.

When shown photo line-up #1, SOTO chose photo #3 as the driver of the vehicle that picked them up. Photo #3 in the line up depicts the defendant John Joseph OCONNELL-Boshears.