UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 348-JAH |
| Plaintiff | ) | CRIMINAL NO. 08mj2606 |
| | ) | |
| vs. | ) | ORDER |
| MARIA DE LOS ANGELES GUZMAN, | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) ET AL | ) | Booking No. |

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

HUGO SOTO - VERA

DATED: 2/12/08

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by G. Jaudiuk
Deputy Clerk
J. Jaeneck

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082