# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                                        )
                Plaintiff               )        08CR 348-JAH
                                        )    CRIMINAL NO. 08mj2606
                                        )
                vs.                     )        ORDER
                                        )
Maria De los Angeles Guzman, Etal       )    RELEASING MATERIAL WITNESS
                                        )
                                        )
                Defendant(s)            )    Booking No.
_____ )

On order of the United States District/Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore
committed to the custody of the United States Marshal as a material witness be
released from custody:    (Bond Posted / Case Disposed / Order of Court).

Jose Avalos — Alvarez

DATED: 2/12/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED _____**
              **DUSM**

**OR**

W. SAMUEL HAMRICK, JR.  Clerk

by _____
**Deputy Clerk**

J. Jarneck

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082